USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

FILED '07 APR 03 08:45 USDC-ORE

for the _____ DISTRICT OF __OREGON__

UNITED STATES OF AMERICA
V.
JENNIFER LYNN KOLAR, aka "Diver"

CRIMINAL NUMBER:    06-60107-AA

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, __JENNIFER LYNN KOLAR__, defendant, have been informed that an (~~indictment~~, *information*, ~~complaint~~) is pending against me in the above designated cause. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the __Western__ District of __Washington__ in which I, __am held__, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: __MARCH 4__ 2007 at __SEATTLE__

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
Ass't United States Attorney for the
_____ District of
Oregon

_____
United States Attorney for the
Western _____ District of
Washington